**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: December 16, 2014
Docket #: 14-427cv
Short Title: Roman Catholic Diocese of New v.
Sebelius

DC Docket #: 12-cv-2542
DC Court: EDNY (BROOKLYN)
DC Judge: Cogan

### NOTICE OF HEARING DATE

**Argument Date/Time:** Thursday, January 22, 2015 at 10:00 a.m.
**Location:**           Thurgood Marshall U.S. Courthouse, 40 Foley Square,
                        New York, NY, 10007, 17th Floor, Room 1703

**Time Allotment:**     15 minutes per side.

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the
courtroom deputy 30 minutes before argument.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3
business days prior to the scheduled date of argument. The Court will consider the motion or
stipulation at the time of argument, and counsel's appearance is required with counsel prepared to
argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final
settlement of the case, the fully-executed settlement must be reported immediately to the
Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.
-------------------------------------------------------------------------------------------------
**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se**
**parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument:   **Todd Geremia**
Firm Name (if applicable):    **Jones Day**
Current Telephone Number:   **(212) 326-3429**

The above named attorney represents:
( ) Appellant/Petitioner   (X) Appellee-Respondent ( )   Intervenor

Date:   **12/22/2014**           Signature:   _Todd Geremia_